■ In the Matter of ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of CHERYL P., Respondent, v THEODORE D., Appellant. (Appeal No. 2.) [630 NYS2d 958] —Appeal unanimously dismissed without costs. Same Memorandum as in *Matter of Erie County Dept. of Social Servs. (Cheryl P.) v Theodore D.* (217 AD2d 997 [decided herewith]). (Appeal from Order of Erie County Family Court, Hamilton, H.E.—Support.) Present—Green, J. P., Lawton, Wesley, Davis and Boehm, JJ.